Martha G. Bronitsky
Chapter 13 Standing Trustee
6140 Stoneridge Mall Rd #250
Pleasanton,CA 94588-4588
(925) 621 - 1900

Trustee for Debtor(s)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

In re

Kent Edwin Corey
Theresa Natividad Corey

Chapter 13 Case No. 11-42794-MEH13

debtor(s)

**Trustee's Motion and Declaration to
Dismiss Proceedings and Notice Thereon**

TO DEBTOR(S) AND DEBTOR(S)' ATTORNEY OF RECORD:

Martha G. Bronitsky, Chapter 13 Standing Trustee hereby moves the court for an Order Dismissing these proceedings pursuant to 11 U.S.C. Section 1307(c) upon the grounds that the debtor(s) is in material default for the following reasons:

FAILURE TO COMPLY WITH THE CONFIRMED PLAN AND AVOID THE LIEN OF E TRADE BANK.

NOTICE IS HEREBY GIVEN that debtor or the attorney of record may request a hearing in writing stating specific grounds for objecting to the dismissal of these proceedings to the court and served on the trustee no later than twenty-one (21) days from the date of service of this motion. Trustee will then schedule a hearing date and notice debtor and the attorney of record of said hearing date.

I declare under penalty of perjury that the foregoing is true and correct.

Date: July 24, 2014

/s/ Martha G. Bronitsky
Signature of Martha G. Bronitsky
Chapter 13 Standing Trustee

| 1 | In re | |
|---|---|---|
| 2 | Kent Edwin Corey<br>Theresa Natividad Corey<br>              debtor(s) | Chapter 13 Case No. 11-42794-MEH13 |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have served a copy of the within and foregoing document on the debtor (s), counsel for debtor (s), and if applicable, the creditor, creditor representatives and the registered agent for the creditor by depositing it in the United States mail with first class postage attached thereto.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Kent Edwin Corey
Theresa Natividad Corey
192 Cornerstone Common
Livermore,CA 94550

(Debtor(s))

Date: July 24, 2014

Robert C Borris Jr Atty
21550 Foothill Blvd 2Nd Fl
Hayward,CA 94541

(Counsel for Debtor)

/s/ ERNESTO ARTOLA
ERNESTO ARTOLA