B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
Northern District of California

In re Kent Edwin Corey and Theresa Natividad Corey,   Case No. 11-42794

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Ocwen Loan Servicing, LLC | Onewest Bank, FSB |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
c/o Ocwen Loan Servicing, LLC
Attn: Bankruptcy Department
P.O. BOX 24605
West Palm Beach FL 33416-4605

Court Claim # (if known): 7
Amount of Claim: $464,033.52
Date Claim Filed: 07/05/2011

Phone: 1-855-689-7367
Last Four Digits of Acct #: 6348

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):
Ocwen Loan Servicing, LLC
ATTN: CASHIERING DEPARTMENT
1661 Worthington Road, Suite 100, West Palm Beach, FL 33409
Phone: 1-855-689-7367
Last Four Digits of Acct #: 6348

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Brian H. Tran          Date: 09/03/2014
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.