Robert C. Borris Jr., Esq.
SBN 85415
21550 Foothill Blvd
Hayward, CA 94541
(510) 581-7111
(510) 582-6729 Fax
rborrisjr@aol.com

The following constitutes
the order of the court. Signed October 9, 2014

_M. Elaine Hammond_

**M. Elaine Hammond
U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

In Re:

KENT EDWIN COREY & THERESA NATIVIDAD COREY,

    Debtors

Case No.: 11-42794
Chapter 13

**ORDER GRANTING MOTION TO MODIFY CONFIRMED CHAPTER 13 PLAN**

On September 18, 2014, Debtors filed a motion to modify their confirmed chapter 13 plan.

The court finds that notice of the motion was proper. All creditors having failed to file timely opposition to Debtor's motion, the court hereby orders as follows:

1. That Paragraph 6 of Debtors' Chapter 13 Plan is amended to state the following language:

   a. "The debtor(s) elect to have property of the estate revest in the debtor(s) upon plan confirmation, with the exception of real property located at 192 Cornerstone Common, Livermore, California, which shall remain property

of the bankruptcy estate. The Trustee, however, shall not be responsible for mortgage payments, property taxes, insurance, or tax filing requirements associated with said real property. Once all other property revests, the debtor(s) may sell or refinance real or personal property without further order of the court, upon approval of the Chapter 13 Trustee.".

2. No other provisions of the Plan shall be modified.

IT IS SO ORDERED.

***END OF ORDER***

COURT SERVICE LIST