THE LAW OFFICE OF ROBERT C. BORRIS JR., ESQ.
Robert C. Borris Jr., Esq. SBN 85415
21550 Foothill Blvd
Hayward, CA 94541
(510) 581-7111
(510) 582-6729 Fax
rborrisjr@aol.com



**Entered on Docket
November 19, 2014
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA**

**The following constitutes
the order of the court. Signed November 18, 2014**

_____
Charles Novack
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

In Re:

KENT EDWIN COREY & THERESA NATIVIDAD COREY,

        Debtors

) Case No.: 11-42794
) Chapter 13
)
) **ORDER VALUING LIEN OF E-TRADE BANK**
)
)
)
)

On October 27, 2014, Debtor filed a motion to value the lien of E-TRADE BANK against the property commonly known as 192 Cornerstone Common, Livermore, California, which lien was recorded in Alameda County, California on or about May 3, 2005 as document #2005175393 (hereinafter the Lien).

The court finds that notice of the motion upon E-TRADE BANK was proper. E-TRADE BANK having failed to file timely opposition to Debtor's motion, the court hereby orders as follows:

1

(1) For purposes of Debtor's chapter 13 plan only, the Lien is valued at zero, E-TRADE BANK does not have a secured claim, and the Lien may not be enforced, pursuant to 11 U.S.C. §§ 506, 1322 (b)(2) and 1327.

(2) This order shall become part of Debtor's confirmed chapter 13 plan.

(3) Upon entry of a discharge in Debtor's chapter 13 case, the Lien shall be voided for all purposes, and upon application by Debtor, the court will enter an appropriate form of judgment voiding the Lien.

(4) If Debtor's chapter 13 case is dismissed or converted to one under another chapter before Debtor obtains a discharge, this order shall cease to be effective and the Lien shall be retained to the extent recognized by applicable nonbankruptcy law, and upon application by the E-TRADE BANK, the court will enter an appropriate form of order restoring the Lien.

(5) Except as provided by separate, subsequent order of this court, the Lien may not be enforced so long as this order remains in effect.

<u>End of Order</u>

| | |
|---|---|
| 1 | <u>Court Service List</u> |
| 2 | |
| 3 | E*TRADE Bank |
| 4 | Attention: Officer |
| 5 | 671 North Glebe Road, 16th Floor |
| | Arlington, VA 22203 |